# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

| | |
|---|---|
| THE ONE GROUP HOSPITALITY, INC., ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | No. 22-00285-CV-W-BP |
| ) | |
| EMPLOYERS INSURANCE COMPANY ) | |
| OF WAUSAU, ) | |
| ) | |
| Defendant. ) | |

## JUDGMENT IN A CIVIL CASE

\_\_\_**Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

\_\_\_ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

\_**X**\_**Decision by Court.** This action came before the Court. The issues have been determined and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**
        Pursuant to the Order and Opinion (Doc. 29) filed on 9/29/22, Defendant's Motion to Dismiss (Doc. 17) is **GRANTED.**

September 29, 2022                                         Paige Wymore-Wynn
Date                                                           Clerk of Court

                                                                     /s/ Shauna Murphy-Carr
                                                                     (by) Deputy Clerk